# APPENDIX 1

# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF TEXAS
# HOUSTON DIVISION

| | | |
|---|---|---|
| ISIAH CLAYTON, | § § § | |
| Plaintiff, | § § | Civil Action No.: 4:23-CV-04251 |
| vs. | § § | |
| KERRVILLE BUS COMPANY/COACH USA, | § § § | JURY DEMANDED |
| Defendant. | § § § | |

## SCHEDULING ORDER DEADLINES

The following actions shall be completed by the dates indicated.[1]

| | |
|---|---|
| March 1, 2024 | Deadline to add parties. |
| March 1, 2024 | Deadline for leave to amend pleadings. Any party seeking leave to amend pleadings after this date must show good cause. |
| August 15, 2024 | The party with the burden of proof on an issue must designate expert witnesses in writing and provide the required report under Rule 26(a)(2). |
| September 15, 2024 | The opposing party must designate expert witnesses in writing and provide the required report under Rule 26(a)(2). |
| December 2, 2024 | All discovery shall be commenced in time to be completed by this date. |
| February 4, 2025 | Deadline for motions to dismiss, motions for summary judgment, or other dispositive motions. |
| January 10, 2025 | Mediation must occur by this date. |

---

[1] If a deadline falls on a Saturday, Sunday, or a legal holiday as defined in FED. R. CIV. P. 6, the effective date is the first federal court business day following the deadline imposed.

The Court will set a telephonic status conference within thirty (30) days following the close of discovery or following a ruling on any dispositive motion, whichever is later, to set remaining case deadlines.

It is SO ORDERED.

Signed this _____ of _____, 2024

_____
**THE HONORABLE DAVID HITTNER**
**United States District Judge**