UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
HOUSTON DIVISION

| | |
|---|---|
| ISIAH CLAYTON, | ) |
|     Plaintiff, | ) |
| v. | )    Case No.: 4:23-cv-04251 |
| KERVILLE BUS COMPANY and COACH USA, INC., | ) |
|     Defendants. | ) |

**ENTRY OF APPEARANCE OF AURORA TEMPLE BARNES**

Kindly enter the appearance of Aurora Temple Barnes on behalf of Defendants Kerville Bus Company and Coach USA, Inc.

Dated: April 1, 2024

*/s/ Aurora Temple Barnes*
Aurora Temple Barnes
TX State Bar No. 24113440
K&L GATES LLP
1717 Main Street, Suite 2800
Dallas, TX 75201
Telephone:    (214) 939-5500
Facsimile:    (214) 939-5849
aurora.barnes@klgates.com

318225458.1

## CERTIFICATE OF SERVICE

The undersigned counsel hereby certifies that a true and accurate copy of the foregoing was served on all counsel of record via the Court's ECF system on April 1, 2024.

*/s/ Aurora Temple Barnes*
Aurora Temple Barnes

318225458.1