# Exhibit 1

# Full List of Debtors and Associated Bankruptcy Case Numbers

**EXHIBIT 1**

| | |
|---|---|
| Coach USA, Inc. | 24-11258 |
| Project Kenwood Intermediate Holdings I, Inc. | 24-11259 |
| Project Kenwood Intermediate Holdings II, LLC | 24-11260 |
| Project Kenwood Intermediate Holdings III, LLC | 24-11261 |
| Project Kenwood Acquisition, LLC | 24-11262 |
| Dillon's Bus Service, Inc. | 24-11266 |
| Hudson Transit Lines, Inc. | 24-11270 |
| CAM Leasing, LLC | 24-11263 |
| Megabus Northeast, LLC | 24-11268 |
| Megabus Southeast, LLC | 24-11275 |
| Coach USA MBT, LLC | 24-11265 |
| Megabus USA, LLC | 24-11271 |
| Voyavation LLC | 24-11267 |
| Pennsylvania Transportation Systems, Inc. | 24-11274 |
| Dragon Bus, LLC | 24-11272 |
| New York Splash Tours, LLC | 24-11276 |
| CUSARE, Inc. | 24-11273 |
| CUSARE II, Inc. | 24-11269 |
| Project Kenwood Holdings, Inc. | 24-11264 |
| Coach USA Administration, Inc. | 24-11277 |
| Route 17 North Realty, LLC | 24-11278 |
| Central Cab Company | 24-11280 |
| Central Charters & Tours, Inc. | 24-11283 |
| Transportation Management Services, Inc. | 24-11288 |
| Hudson Transit Corporation | 24-11290 |
| Powder River Transportation Services, Inc. | 24-11294 |
| SL Capital Corp. | 24-11296 |
| 349 First Street Urban Renewal Corp. | 24-11299 |
| Barclay Airport Service, Inc. | 24-11303 |
| Barclay Transportation Services, Inc. | 24-11306 |

| | |
|---|---|
| Colonial Coach Corporation | 24-11279 |
| Community Coach, Inc. | 24-11281 |
| Community Transit Lines, Inc. | 24-11285 |
| Community Transportation, Inc. | 24-11289 |
| Orange, Newark, Elizabeth Bus, Inc. | 24-11295 |
| Perfect Body Inc. | 24-11300 |
| International Bus Services, Inc. | 24-11304 |
| Short Line Terminal Agency, Inc. | 24-11308 |
| Suburban Management Corp. | 24-11310 |
| Suburban Transit Corp. | 24-11313 |
| Suburban Trails, Inc. | 24-11315 |
| Rockland Coaches, Inc. | 24-11284 |
| Clinton Avenue Bus Company | 24-11287 |
| Commodore Tours, Inc. | 24-11291 |
| Community Bus Lines, Inc. | 24-11293 |
| Community Tours, Inc. | 24-11298 |
| Coach USA Illinois, Inc. | 24-11301 |
| Coach Leasing, Inc. | 24-11305 |
| Tri-State Coach Lines, Inc. | 24-11307 |
| Sam Van Galder, Inc. | 24-11309 |
| Wisconsin Coach Lines, Inc. | 24-11282 |
| Lakefront Lines, Inc. | 24-11286 |
| Pacific Coast Sightseeing Tours & Charters, Inc. | 24-11292 |
| Kerrville Bus Company, Inc. | 24-11297 |
| Independent Bus Company, Inc. | 24-11302 |
| Olympia Trails Bus Company, Inc. | 24-11312 |
| Butler Motor Transit, Inc. | 24-11316 |
| Coach USA Tours – Las Vegas, Inc. | 24-11320 |
| TRT Transportation, Inc. | 24-11327 |
| Lenzner Tours, Inc. | 24-11328 |
| Limousine Rental Service Inc. | 24-11332 |

| | |
|---|---|
| Megabus Southwest, LLC | 24-11337 |
| Megabus West, LLC | 24-11342 |
| Paramus Northeast Mgt. Co., L.L.C. | 24-11343 |
| Gad-About Tours, Inc. | 24-11344 |
| All West Coachlines, Inc. | 24-11345 |
| Red & Tan Enterprises, Inc. | 24-11311 |
| Chenango Valley Bus Lines, Inc. | 24-11314 |
| Elko, Inc. | 24-11317 |
| American Coach Lines of Atlanta, Inc. | 24-11322 |
| Rockland Transit Corporation | 24-11324 |
| The Bus Exchange, Inc. | 24-11326 |
| Midtown Bus Terminal of New York, Inc. | 24-11329 |
| Leisure Time Tours | 24-11331 |
| Twenty-Four Corp. | 24-11335 |
| Lenzner Tours, Ltd | 24-11338 |
| Lenzner Transit, Inc. | 24-11341 |
| Sporran GCBS, Inc. | 24-11318 |
| Sporran RTI, Inc. | 24-11321 |
| KILT of RI, Inc. | 24-11323 |
| Sporran AWC, Inc. | 24-11325 |
| Sporran GCTC, Inc. | 24-11319 |
| Red & Tan Transportation Systems, Inc. | 24-11330 |
| Red & Tan Charter, Inc. | 24-11333 |
| Red & Tan Tours | 24-11339 |
| Lenzner Transportation Group, Inc. | 24-11334 |
| Mister Sparkle, Inc. | 24-11336 |
| Mountaineer Coach, Inc. | 24-11340 |
| 3329003 Canada Inc. | 24-11350 |
| Megabus Canada Inc. | 24-11352 |
| 3376249 Canada Inc. | 24-11347 |
| 4216849 Canada Inc. | 24-11349 |

| | |
|---|---|
| Trentway-Wagar (Properties) Inc. | 24-11346 |
| Trentway-Wagar Inc. | 24-11348 |
| Douglas Braund Investments Limited | 24-11351 |